cc: court, kfk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(6)
10-23-0

**Linda F. Waeber**                          CASE NO. 1:01-CV-856

vs.

**Hershey Foods Corp.**                     DATE: October 23, 2001 @ 8:45 AM

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: _8:45_           Time Terminated: _8:50_

APPEARANCES

**FILED**
HARRISBURG, PA
OCT 23 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Plaintiff's Counsel:                          Defendant's Counsel:

_Ostrowski_                                   _Dougherty, jr._
                                              _Jackson_

REMARKS:  _Joinder & Amend  12/15_
          _Discovery  3/15_
          _Disp.  4/1_            _P's  4/15_
          _Trial  July_           _∆ -  5/15_
                                  _Supp.  6/3_