⑨

2-14-02

*MT*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA F. WEABER,** | : | CIVIL NO. 1:CV-01-0856 |
| Plaintiff | : | |
| v. | : | |
| **HERSHEY FOODS CORP.,** | : | FILED |
| Defendant | : | FEB 1 4 2002 |
| | | PER *MT* |
| ORDER | | HARRISBURG, PA  DEPUTY CLERK |

Upon consideration of the joint motion for extension of time filed by the parties to the captioned action, **IT IS HEREBY ORDERED THAT:**

1) The deadline for completion of discovery is extended to April 15, 2002.

2) Dispositive motions <u>and</u> supporting briefs shall be filed no later than April 30,. 2002.

3) All motions *in limine*, if any, accompanied by supporting briefs, shall be filed no later than July 1, 2002.

4) Pretrial memoranda shall be filed on or before **noon on Friday, July 26, 2002**, in conformity with the local rules.

5) The pretrial conference is <u>rescheduled</u> from June 27, 2002 to **2:30 p.m. on Friday, August 2, 2002**, in the chambers of Courtroom No. 3.

6) This case is removed from the July 2002 trial list and placed on the August 2002 trial list. Jury selection for cases on the August list will begin at 9:30 a.m. on Monday, August 5, 2002 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: February 14, 2002.