(15)
5-17-02
MA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA F. WEABER<br>Plaintiff | : CIVIL ACTION NO. 1:01-CV-856<br>: |
| v. | : JUDGE RAMBO<br>: |
| HERSHEY FOODS CORP.,<br>Defendant | :<br>: JURY TRIAL DEMANDED |

**FILED MAY 1 7 2002**
PER __MA__
HARRISBURG, PA DEPUTY CLERK

## ORDER

AND NOW, this __17__ day of May, 2002, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby ORDERED, that the Motion is granted and that Plaintiff's response to Defendant's Motion for Summary Judgment shall be due on or before May 24, 2002.

BY THE COURT:

_____
Sylvia Rambo
United States District Judge