May 19 02 06:27a    Don Bailey                    717 221 9600         p.2

# Andrew J. Ostrowski
### Attorney at Law



4311 North Sixth Street
Harrisburg, PA 17110
telephone (717) 221-9500
facsimile (717) 221-9600

June 23, 2002

**Via facsimile**
The Honorable Sylvia H. Rambo
United States District Court
228 Walnut Street
Harrisburg, PA 17108

FILED
JUN 2 5 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

   Re:   Weaber v. Hershey Foods Corp., No. 1:CV-01-856

Dear Judge Rambo:

   This correspondence shall serve to confirm that a settlement agreement has been reached in the referenced case. Upon execution of the settlement agreement, a stipulation of dismissal will be filed.

   Thank you for your attention to this matter.

                                                Respectfully,

                                                Andrew J. Ostrowski

AJO/
cc:   Brian F. Jackson