IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA F. WEABER,** | CIVIL NO. 1:CV-01-0856 |
| Plaintiff | |
| v. | |
| **HERSHEY FOODS CORP.,** | |
| Defendant | |

**ORDER**

FILED
JUN 25 2002
PER ___
HARRISBURG, PA   DEPUTY CLERK

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

SYLVIA H. RAMBO
United States District Judge

Dated: June 25, 2002.